**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANU BANFERJEE, X-CHIEF EXECU. OFFICER, et. al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00344 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 2, 8, 10) |

　　　　David W. Wilson, a prisoner, initiated this action proceeding pro se by filing a complaint and a motion to proceed *in forma pauperis* on March 24, 2025. (Docs. 1, 2.) In conducting the required screening, the assigned magistrate judge found Plaintiff had filed at least three cases that were dismissed and qualified as "strikes" under Ninth Circuit caselaw before filing this action. (Doc. 8.) Consequently, Plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g). (*Id*. at 4-5.) The magistrate judge also found that the allegations in Plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to Section 1915(g), even when liberally construing Plaintiff's complaint. (*Id*. at 5-6.) Therefore, the magistrate judge recommended Plaintiff be denied leave to proceed IFP in this action. (*Id*. at 6.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 6-7.) Plaintiff filed a second motion to proceed *in forma pauperis* on April 7, 2025. (Doc. 10.) Plaintiff filed his objections on April 14, 2025.

1  (Doc. 11.) However, Plaintiff fails to meaningfully address the findings of the magistrate judge
2  that he is subject to the three strikes bar, and he does not identify any facts—in his complaint or
3  his objections—to support a conclusion that he is in imminent danger of serious physical injury.
4  (*See id.*) To the contrary, the magistrate judge correctly explained that "Plaintiff's vague and
5  conclusory allegations regarding the risk of contracting Valley Fever do not fall within the scope
6  of the imminent danger exception." (Doc. 8 at 4–5 (citing cases).)

7  According to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court
8  conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court
9  concludes the Findings and Recommendations are supported by the record and proper analysis.
10 Thus, the Court **ORDERS**:

11   1. The Findings and Recommendations issued on March 28, 2025 (Doc. 8), are
12      **ADOPTED** in full.
13   2. Plaintiff's motions to proceed *in forma pauperis* (Doc. 2, 10) are **DENIED**.
14   3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the
15      $402.00 filing fee if he wishes to proceed with his action.
16   4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in
17      the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **April 18, 2025**

UNITED STATES DISTRICT JUDGE

2